---

Memorandum Decisions.

---

Robert Mugge, Plaintiff in Error, vs. Charles B. Davis, Defendant in Error.

### IN BANC.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

*H. C. Macfarlane, T. M. Shackleford* and *James F. Glen,* for Plaintiff in Error.

*F. M. Simonton,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on praecipe of counsel for plaintiff in error.

---

Robert Mugge, Plaintiff in Error, vs. Solon B, Turman, Defendant in Error.

### DIVISION B.

Writ of error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

Macfarlane & Shackleford, for Plaintiff in Error.

*Solon B. Turman,* for Defendant in Error.

Memorandum Decisions.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

Robert Mugge *et al.*, Plaintiffs in Error, vs. Solon B. Turman, Defendant in Error.

IN BANC.

Writ of error to Circuit Court, Hillsborough county; Evelyn C. Maxwell, Judge.

*Macfarlane & Shackleford,* for Plaintiffs in Error.

*Solon B. Turman,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Dismissed on praecipe of counsel for plaintiffs in error.

---

The National Bank of the State of Florida, Appellant, v. The A. B. Campbell Company, The Freyer & Bradley Music Company and the Chicago Cottage Organ Company, Appellees.